# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0035. In the Interest of A. N. T. et al.**

The Applicant has timely moved for an extension of time to file her application for discretionary appeal. The motion is hereby GRANTED. *See* OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (g). The Applicant shall file her application by August 18, 2014.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/17/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*